UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 25, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SCOTT STEPHEN HOWARD,

Defendant.

Case No. 2:18-cr-00100-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __SCOTT STEPHEN HOWARD__, Case No. __2:18-cr-00100-JAM__ Charge __18 USC § 2252(a)(2)__, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ __$25,000.00 co-signed by Sally Howard & Randy Lavender__

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):

Issued at Sacramento, California on May 25, 2018 at 3:30 pm.

By: _(signature)_

Magistrate Judge Carolyn K. Delaney