| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LEXI P. NEGIN, #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Attorney for Defendant |
| | SCOTT HOWARD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-100 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| SCOTT HOWARD, | DATE: July 10, 2018 |
| | TIME 9:15 a.m. |
| Defendant. | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Amy Schuller Hitchcock, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for Scott Howard, that the status conference scheduled for July 10, 2018 be vacated and be continued to September 11, 2018 at 9:15 a.m.

The government has produced discovery to defense counsel in this case, including over 200 pages of reports, lengthy recordings, and other documents. The government has also made available for inspection electronic devices, contraband, and other materials. The grounds for this continuance are that defense counsel requires additional time review and inspect this discovery, to prepare and investigate the allegations made in this case, and to otherwise prepare for trial.

Defense counsel also requires additional time to pursue investigation, develop mitigation evidence, hire experts as needed, as well as confer with the government regarding a negotiated resolution.

| | |
|---|---|
| 1 | Defense counsel also has a pre-scheduled personal commitment during the last two weeks |
| 2 | of July 2018. |
| 3 | Based upon the foregoing, the parties agree time under the Speedy Trial Act should be |
| 4 | excluded from this order's date through and including September 11, 2018, pursuant to 18 |
| 5 | U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare and continuity of counsel] and |
| 6 | General Order 479, Local Code T4 based upon continuity of counsel and defense preparation. |

DATED: June 29, 2018              Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender

                                  */s/ Lexi P. Negin*
                                  LEXI P. NEGIN
                                  Assistant Federal Defender
                                  Attorneys for SCOTT HOWARD

DATED: June 29, 2018              MCGREGOR W. SCOTT
                                  United States Attorney

                                  */s/ Amy Schuller Hitchcock*
                                  AMY SCHULLER HITCHCOCK
                                  Assistant United States Attorney
                                  Attorneys for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 11, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare and continuity of counsel] and General Order 479, (Local Code T4). **It is further ordered** the July 10, 2018 status conference shall be continued until September 11, 2018, at 9:15 a.m.

Dated: June 29, 2018         /s/ John A. Mendez_____
                             HON. JOHN A. MENDEZ
                             United States District Court Judge