1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LEXI P. NEGIN, #250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710

5  Attorney for Defendant
   SCOTT HOWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-100 JAM |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| SCOTT HOWARD, | DATE: September 11, 2018 |
| Defendant. | TIME 9:15 a.m. |
| | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Amy Schuller Hitchcock, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for Scott Howard, that the status conference scheduled for September 11, 2018 be vacated and be continued to November 6, 2018 at 9:15 a.m.

The government has produced discovery to defense counsel in this case, including over 200 pages of reports, lengthy recordings, and other documents.  The government has also made available for inspection electronic devices, contraband, and other materials.  The grounds for this continuance are that defense counsel requires additional time review and inspect this discovery, to prepare and investigate the allegations made in this case, and to otherwise prepare for trial.

Defense counsel also requires additional time to pursue investigation, develop mitigation evidence, hire experts as needed, as well as confer with the government regarding a negotiated resolution.

| | |
|---|---|
| 1 | Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date the parties stipulated through and including November 6, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare and continuity of counsel] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation. |

DATED: September 6, 2018              Respectfully submitted,

                                                   HEATHER E. WILLIAMS
                                                 Federal Defender

                                                 */s/ Lexi P. Negin*
                                                 LEXI P. NEGIN
                                                 Assistant Federal Defender
                                                 Attorneys for SCOTT HOWARD

DATED: September 6, 2018              MCGREGOR W. SCOTT
                                                 United States Attorney

                                                 */s/ Amy Schuller Hitchcock*
                                                 AMY SCHULLER-HITCHCOCK
                                                 Assistant United States Attorney
                                                 Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 6, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare and continuity of counsel] and General Order 479, (Local Code T4). **It is further ordered** the September 11, 2018 status conference shall be continued until November 6, 2018, at 9:15 a.m.

Dated: September 6, 2018 /s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge