| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LEXI P. NEGIN, #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Attorney for Defendant |
| | SCOTT HOWARD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-100 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE THE STATUS CONFERENCE AND SET A MOTION TO SUPPRESS HEARING AND BRIEFING SCHEDULE |
| v. | |
| SCOTT HOWARD, | DATE: May 21, 2019 |
| Defendant. | TIME 9:15 a.m. |
| | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for Scott Howard, that the status conference set for March 12, 2019 be vacated and a Motion to Suppress hearing be set on May 21, 2019 at 9:15 a.m.

The government has produced discovery to defense counsel in this case, including reports, lengthy recordings, and other documents. The government has also made available for inspection electronic devices, contraband, and other materials. The grounds for this continuance are that defense counsel will file a motion to suppress and wishes to set a motion to suppress hearing with the following briefing scheduled:

Defense Motions due April 2, 2019;

Government opposition to be filed on April 30, 2019;

Reply, if any to be filed on May 14, 2019;

Stipulation and [Proposed] Order
to Continue Status Conference

-1-

5/21 for non-evidentiary hearing on the motion

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date the parties stipulated through and including May 21, 2019, pursuant to 18 U.S.C. §3161 (h)(1)(D) [pretrial motions] (Local Code E) and (h)(7)(B)(iv)[reasonable time to prepare and continuity of counsel] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: March 7, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　*/s/ Lexi P. Negin*
　　　　　　　　　　　　　　　　　　LEXI P. NEGIN
　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　Attorneys for SCOTT HOWARD

DATED: March 7, 2019　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*/s/ Matthew Morris*
　　　　　　　　　　　　　　　　　　MATTHEW MORRIS
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 21, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(1)(D) [pretrial motions] (Local Code E) and (h)(7)(B)(iv) [reasonable time for counsel to prepare and continuity of counsel] and General Order 479, (Local Code T4). **It is further ordered** the March 12, 2019 status conference shall be vacated and a Motion to Suppress Hearing be set for May 21, 2019, at 9:15 a.m. with the proposed briefing schedule.

Dated: March 7, 2019 /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge