| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LEXI P. NEGIN, #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Attorney for Defendant |
| | SCOTT HOWARD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-100 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE AND CONTINUE MOTION TO SUPPRESS HEARING DATE |
| v. | |
| SCOTT HOWARD, | DATE: May 21, 2019 |
| | TIME 9:15 a.m. |
| Defendant. | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Amy Schuller Hitchcock, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for Scott Howard, that the Motion to Suppress hearing set for May 21, 2019 be continued to June 11, 2019 at 9:15 a.m.

The briefing schedule is modified below:

Defense Motions due April 16, 2019;

Government opposition to be filed on May 14, 2019;

Reply, if any to be filed on May 28, 2019;

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date the parties stipulated through and including June 11, 2019, pursuant to 18 U.S.C. §3161 (h)(1)(D) [pretrial motions] (Local Code E) and (h)(7)(B)(iv)[reasonable time to prepare and continuity of counsel] and General Order 479, Local Code T4 based upon continuity

Stipulation and [Proposed] Order
to Continue Status Conference

-1-

of counsel and defense preparation.

DATED: April 8, 2019  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Lexi P. Negin*
LEXI P. NEGIN
Assistant Federal Defender
Attorneys for SCOTT HOWARD

DATED: April 8, 2019  MCGREGOR W. SCOTT
United States Attorney

*/s/ Amy Schuller Hitchcock*
AMY SCHULLER-HITCHCOCK
Assistant United States Attorney
Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 4, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(1)(D) [pretrial motions] (Local Code E) and (h)(7)(B)(iv) [reasonable time for counsel to prepare and continuity of counsel] and General Order 479, (Local Code T4). **It is further ordered** that the May 21, 2019 motion to suppress hearing shall be continued to June 11, 2019, at 9:15 a.m. with the proposed modified briefing schedule.

Dated: April 8, 2019

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge