McGREGOR W. SCOTT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT STEPHEN HOWARD,<br><br>　　　　　　　　Defendant. | CASE NO. 2:18-CR-100 JAM<br><br>STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE<br><br>DATE: June 11, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

　　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　　1. On April 16, 2019, defendant filed a Motion to Suppress Evidence and Statements in the above-captioned case. ECF 29. This Motion was noticed for June 11, 2019 before this Court.

　　　　2. By previous stipulation and order, the government's Opposition was to be filed on May 14, 2019. The defendant's Reply, if any, was to be filed on May 28, 2019.

　　　　3. The parties now stipulate and jointly request that the briefing schedule be modified as follows:

　　　　　　a. The government's Opposition is to be filed no later than May 21, 2019.

　　　　　　b. Defendant's Reply, if any, is to be filed no later than June 4, 2019.

　　　　4. The noticed June 11, 2019 hearing date is to remain the same

STIP AND [PROPOSED] ORDER TO MODIFY BRIEFING
SCHEDULE

1

Dated: May 9, 2019  McGREGOR W. SCOTT
United States Attorney

/s/ AMY SCHULLER HITCHCOCK
AMY SCHULLER HITCHCOCK
Assistant United States Attorney

Dated: May 9, 2019  /s/ LEXI NEGIN
LEXI NEGIN
Assistant Federal Defender
Counsel for Defendant
SCOTT STEPHEN HOWARD

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 10th day of May, 2019.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE