1  18-1HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LEXI P. NEGIN, #250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710

5  Attorney for Defendant
   SCOTT HOWARD
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,            Case No. 2:18-cr-100 JAM

11           Plaintiff,                  STIPULATION AND ORDER TO CONTINUE
                                         STATUS CONFERENCE
12       v.

13  SCOTT HOWARD,                        DATE:      August 6, 2019
                                         TIME       9:15 a.m.
14           Defendant.                  JUDGE:     Hon. John A. Mendez

15

16          IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

17  Attorney, through Amy Schuller Hitchcock, Assistant United States Attorney, attorney for

18  Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P.

19  Negin, attorneys for Scott Howard, that the status conference scheduled for August 6, 2019 be

20  vacated and be continued to October 15, 2019 at 9:15 a.m.

21          More time is needed because the defendant has retained an expert to review the forensic

22  evidence in this case, and this expert requires additional time to review and analyze this evidence

23  and to produce a report.  Once this report is provided, defense counsel will also need additional

24  time to confer with the defendant and conduct additional investigation and research as needed.

25          Furthermore, the defense has requested certain additional discovery material, and the

26  government has represented that discovery is forthcoming.  Some of these requests may also

27  require additional efforts to meet and confer.  Once the forensic review is complete, and the

28  additional discovery is provided, defense counsel will need to review and analyze this additional

Stipulation and Order
to Continue Status Conference

1    information, and investigate as needed.

2         Defense counsel believes that failure to grant the above-requested continuance would

3    deny her the reasonable time necessary for effective preparation, taking into account the exercise

4    of due diligence.  The government does not object to this continuance.

5         Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

6    excluded from the date the parties stipulated through and including October 15, 2019,  pursuant

7    to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare and continuity of counsel]

8    and General Order 479, Local Code T4 based upon continuity of counsel and defense

9    preparation.

10

11   DATED: July 25, 2019                     Respectfully submitted,

12                                            HEATHER E. WILLIAMS
                                             Federal Defender
13

14                                           */s/ Lexi P. Negin*
                                             LEXI P. NEGIN
15                                           Assistant Federal Defender
                                             Attorneys for SCOTT HOWARD
16   DATED: July 25, 2019                     MCGREGOR W. SCOTT
17                                           United States Attorney

18                                           */s/ Amy Schuller Hitchcock*
19                                           AMY SCHULLER-HITCHCOCK
                                             Assistant United States Attorney
20                                           Attorneys for Plaintiff

21

22

23

24

25

26

27

28

1  <u>ORDER</u>

2      IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3  stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4  its order.  The Court specifically finds the failure to grant a continuance in this case would deny

5  counsel reasonable time necessary for effective preparation, taking into account the exercise of

6  due diligence.  The Court finds the ends of justice are served by granting the requested

7  continuance and outweigh the best interests of the public and defendant in a speedy trial.

8      The Court orders the time from the date the parties stipulated, up to and including

9  October 15, 2019, shall be excluded from computation of time within which the trial of this case

10 must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11 and(B)(iv) [reasonable time for counsel to prepare and continuity of counsel] and General Order

12 479, (Local Code T4).  **It is further ordered** the August 6, 2019 status conference shall be

13 continued until October 15, 2019, at 9:15 a.m.

14

15 Dated: July 25, 2019                    /s/ John A. Mendez
                                          HONORABLE JOHN A. MENDEZ
16                                        United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                -3-
to Continue Status Conference