HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
SCOTT HOWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SCOTT HOWARD,<br>Defendant. | Case No. 2:18-cr-100 JAM<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: December 10, 2019<br>TIME 9:15 a.m.<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Amy Schuller Hitchcock, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for Scott Howard, that the status conference scheduled for December 10, 2019 be vacated and be continued to February 25, 2020 at 9:15 a.m.

Defense counsel has now received CPS records that it sought and that took a long time to receive. Based on those records defense counsel is continuing to investigate essential background information for purposes of mitigation and preparation of the defense case. Additionally, defense counsel has made discovery requests that are material to the preparation of the defense case. The government has made additional materials available for inspection, and the government and defense counsel are working together diligently to complete the discovery process. The parties have conferred and are preparing a stipulation and proposed protective order to facilitate discovery.

Accordingly, defense counsel requires additional time to review the newly received information, conduct further investigation, confer with her client, and otherwise prepare for trial.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date the parties stipulated through and including February 25, 2020, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare and continuity of counsel] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: December 3, 2019

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Lexi P. Negin*
LEXI P. NEGIN
Assistant Federal Defender
Attorneys for SCOTT HOWARD

DATED: December 3, 2019

MCGREGOR W. SCOTT
United States Attorney

*/s/ Amy Schuller Hitchcock*
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
Attorneys for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 18, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare and continuity of counsel] and General Order 479, (Local Code T4). **It is further ordered** the December 10, 2019 status conference shall be continued until February 25, 2020, at 9:15 a.m.

DATED: December 3, 2019

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE