HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Lexi_Negin@fd.org

Attorneys for Defendant
SCOTT STEPHEN HOWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-100 JAM |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND CONDITIONS OF RELEASE** |
| v. | |
| SCOTT STEPHEN HOWARD, | |
| Defendant. | |

Plaintiff, United States of America, by and through Assistant United States Attorney Amy Schuller Hitchcock, and Defendant Scott Howard, through his attorney Lexi P. Negin, Assistant Federal Defender, hereby stipulate to amend his conditions of release to remove condition 11 requiring Mr. Howard to submit to drug and/or alcohol testing. Mr. Howard's pretrial services officer, Renee Barsurto, indicates that Mr. Howard has consistently complied with his conditions of pretrial release and tested negative for all substances since his release on May 25, 2018, and requests that drug / alcohol testing condition be removed. Wherefore the parties jointly request that this Honorable Court amend the release conditions by vacating condition 11 of the May 25, 2018, Order for Release [Dkt. 8].

IT IS SO STIPULATED.

/ / /

Dated: March 26, 2020          HEATHER E. WILLIAMS
                                   Federal Defender

                                  */s/ Lexi P. Negin*
                                   LEXI P. NEGIN
                                   Assistant Federal Defender
                                   Attorney for SCOTT WILLIAMS BOY

Dated: March 26, 2020          MCGREGOR W. SCOTT
                                   United States Attorney

                                   */s/ Amy Schuller Hitchock*
                                   AMY SCHULLER HITCHCOK
                                   Attorney for Plaintiff

## **O R D E R**

     The Court has read and considered the Stipulation to Amend Conditions of Release. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, should be granted.

     THEREFORE, FOR GOOD CAUSE SHOWN:

     1. The conditions of release are hereby amended.

     2. Condition 11 of the Order for Release filed on May 25, 2018, is hereby vacated.  All other conditions of release shall remain.

     IT IS SO ORDERED.

Dated: March 26, 2020                     
                                 EDMUND F. BRENNAN
                                 UNITED STATES MAGISTRATE JUDGE