HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Lexi_Negin@fd.org

Attorneys for Defendant
SCOTT STEPHEN HOWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-100 JAM |
| Plaintiff, | **STIPULATION AND ORDER TO AMEND CONDITIONS OF RELEASE** |
| v. | |
| SCOTT STEPHEN HOWARD, | |
| Defendant. | |

Plaintiff, United States of America, by and through Assistant United States Attorney Amy Schuller Hitchcock, and Defendant Scott Howard, through his attorney Lexi P. Negin, Assistant Federal Defender, hereby stipulate to amend his conditions of release to allow for him to be present for the birth of his child.  Mr. Howard's pretrial services officer, Renee Barsurto, indicates that Mr. Howard has consistently complied with his conditions of pretrial release.  His wife is expected to deliver their baby in early November.  In light of the unpredictability of labor, the potential need for him to be present at the hospital during hours not within his curfew, which may include overnight and possibly multiple days, and the restrictions imposed by hospitals, in order for Mr. Howard to be present for the birth, the pretrial services officer needs the Court's approval in order to allow him to attend the birth.   Mr. Howard will not be electronically monitored while at the hospital; however, Pretrial Services will remain in

telephonic contact with him and will randomly call him at the hospital to assure that he is in compliance with the directives of the pretrial services officer.

Wherefore the parties jointly request that this Honorable Court amend the release conditions to allow pretrial services, at their discretion, to permit Mr. Howard to attend the birth of his child. The Pretrial Services officer may impose any reasonable conditions to accommodate this exception to Mr. Howard's conditions. Upon discharge from the hospital of Mr. Howard's wife and baby, the current conditions of release will take immediate effect.

IT IS SO STIPULATED.

Dated: October 8, 2020        HEATHER E. WILLIAMS
                              Federal Defender

                              */s/ Lexi P. Negin*
                              LEXI P. NEGIN
                              Assistant Federal Defender
                              Attorney for SCOTT HOWARD

Dated: October 8, 2020        MCGREGOR W. SCOTT
                              United States Attorney

                              */s/ Amy Schuller Hitchock*
                              AMY SCHULLER HITCHCOK
                              Attorney for Plaintiff

**O R D E R**

The Court has read and considered the Stipulation to Amend Conditions of Release. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, should be granted.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The conditions of release are hereby amended so that the Pretrial Services officer may allow Mr. Howard to attend the birth of his child.
2. The Pretrial Services officer has the discretion to impose any reasonable conditions for the time period of Mr. Howard's attendance of the birth of his child
3. Once Mr. Howard's wife and baby are discharged from the hospital all previously imposed conditions shall remain in effect.

IT IS SO ORDERED.

Dated: October 14, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE