PHILLIP A. TALBERT
Acting United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-100 JAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE RESTITUTION HEARING; FINDINGS AND ORDER |
| v. | DATE: August 3, 2021 |
| SCOTT STEPHEN HOWARD, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The judgment and sentencing in this matter was held on June 29, 2021. ECF 91.

2. The restitution hearing was set for August 3, 2021. ECF 89, 91.

3. To date, the government has received ten (10) restitution requests related to this matter.

4. In order to further ascertain the victims' losses, the parties jointly request that the restitution hearing be continued 49 days and that the restitution hearing be set September 21, 2021, pursuant to 18 U.S.C. § 3664(d)(5).

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT                        1

5.      This date is within the 90-day deadline for determination of restitution provided in 18 U.S.C. § 3664(d)(5).

IT IS SO STIPULATED.

Dated:  July 29, 2021                                   PHILLIP A. TALBERT
                                                        Acting United States Attorney


                                                        /s/ SHEA J. KENNY
                                                        SHEA J. KENNY
                                                        Assistant United States Attorney


Dated:  July 29, 2021                                   /s/ LEXI P. NEGIN
                                                        LEXI P. NEGIN
                                                        Counsel for Defendant
                                                        SCOTT STEPHEN HOWARD


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 30th day of July, 2021.

                                                        /s/ John A. Mendez
                                                        THE HONORABLE JOHN A. MENDEZ
                                                        UNITED STATES DISTRICT COURT JUDGE