HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Lexi_Negin@fd.org

Attorneys for Defendant
SCOTT STEPHEN HOWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT STEPHEN HOWARD,<br><br>Defendant. | Case No.  2:18-CR-100 JAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND CONDITIONS OF RELEASE** |

    Plaintiff, United States of America, by and through Assistant United States Attorney Shea Kenny and Defendant Scott Howard, through his attorney Lexi P. Negin, Assistant Federal Defender, hereby stipulate to amend his conditions of release pending his self-surrender to the Bureau of Prison as recommended by Pretrial Services in the attached document.

    IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 3, 2021 | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Lexi P. Negin* |
| | | LEXI P. NEGIN |
| 5 | | Assistant Federal Defender |
| 6 | | Attorney for SCOTT HOWARD |
| 7 | Dated: August 3, 2021 | MCGREGOR W. SCOTT |
| | | United States Attorney |
| 8 | | |
| 9 | | */s/ Shea Kenny* |
| | | SHEA KENNY |
| 10 | | Attorney for Plaintiff |

Stipulation and Order to Amend Conditions of Release

-2-

# **O R D E R**

The Court has read and considered the Stipulation to Amend Conditions of Release. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, should be granted.

IT IS SO ORDERED.

Dated: August 3, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE