HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Lexi_Negin@fd.org

Attorneys for Defendant
SCOTT STEPHEN HOWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>SCOTT STEPHEN HOWARD,<br><br>   Defendant. | Case No.  2:18-CR-100 JAM<br><br>**STIPULATION AND ORDER TO AMEND CONDITIONS OF RELEASE FOR THE PURPOSE OF DEFENDANT'S SELF-SURRENDER** |

Plaintiff, United States of America, by and through Assistant United States Attorney Matthew Segal and Defendant Scott Howard, through his attorney Lexi P. Negin, Assistant Federal Defender, hereby stipulate to amend his conditions of release pending his self-surrender to the Bureau of Prisons FCI facility located in Jesup, Georgia on August 30, 2021.

Mr. Howard, with approval of his Pretrial Services Officer, has made arrangements to fly to Georgia Sunday morning August 29, 2021, and stay the night with his custodian/wife at an approved family friend's home in Macon, Georgia.  Because of his travel, he will not be electronically monitored during the time he is traveling.  Mr. Howard will then report to the Pretrial Services Officer on Monday morning August 30, 2021 for the removal of his ankle monitor and then will self surrender to FCI Jesup, Georgia.

The Pretrial Services Officer has requested that counsel file this stipulation so that she may modify his current conditions of release to allow for this travel and both parties agree the modification is appropriate.

IT IS SO STIPULATED.

Dated: August 23, 2021				HEATHER E. WILLIAMS
						Federal Defender

						*/s/ Lexi P. Negin*
						LEXI P. NEGIN
						Assistant Federal Defender
						Attorney for SCOTT HOWARD

Dated: August 23, 2021				MCGREGOR W. SCOTT
						United States Attorney

						*/s/ Matthew Segal*
						MATTHEW SEGAL
						Attorney for Plaintiff

Stipulation and Order to Amend Conditions of Release                -2-

**O R D E R**

The Court has read and considered the Stipulation to Amend Conditions of Release. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, should be granted.

IT IS SO ORDERED.

Dated: August 23, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE